AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

| | |
|---|---|
| REBECCA L. STEVENS-GREEN <br><br> *Plaintiff(s)* <br> v. <br> CLASSIC AUTO RESTORATION SPECIALIST, INC. a Florida Corporation and MIKE CASE, Individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-850-FtM-38MRM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLASSIC AUTO RESTORATION SPECIALISTS, INC.
Bruce Green, Registered Agent
1520 Royal Palm Square Blvd
Suite 320
Fort Myers, FL 33919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason L. Gunter, Esq.
Conor P. Foley, Esq.
GunterFirm
1514 Broadway, Suite 101
Fort Myers, FL 33901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019                                      *Regina Thompson*
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

REBECCA L. STEVENS-GREEN )
)
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 2:19-cv850-FtM-38MRM
CLASSIC AUTO RESTORATION SPECIALIST, INC., )
a Florida Corporation and MIKE CASE, Individually, )
)
)
)
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ MIKE CASE
17570 N Tamiami Trail
Suite 2
North Fort Myers, FL 33903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason L. Gunter, Esq.
Conor P. Foley, Esq.
GunterFirm
1514 Broadway, Suite 101
Fort Myers, FL 33901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 02, 2019

_Regina Thompson_
_Signature of Clerk or Deputy Clerk_