UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REBECCA L. STEVENS-GREEN,

    Plaintiff,

v.                                                           Case No.: 2:19-cv-850-FtM-38MRM

CLASSIC AUTO RESTORATION
SPECIALIST, INC. and MIKE CASE,

    Defendants.
_____/

### **OPINION AND ORDER**[1]

Before the Court are the parties' Notice of Settlement (Doc. 11) and Joint Stipulation of Dismissal with Prejudice (Doc. 12). Rebecca L. Stevens-Green sued Classic Auto Restoration Specialist, Inc. and Mike Case under the Fair Labor Standards Act ("FLSA") for unpaid overtime. (Doc. 1). The parties now inform the Court that they have resolved Stevens-Green's claim without compromise and with her attorney fees and costs negotiated and paid separately. Therefore, there is no need for the Court to review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *see also Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily by filing a stipulation signed by all parties who have appeared, as Stevens-Green has done here.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions as moot, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of January, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record